In The United States District Court For The Western District Of Pennsylvania

| | |
|---|---|
| United States of America | ) |
| | ) |
| v. | )    CR 00-215 |
| | ) |
| Deanna Nicole Treece | ) |
| Defendant | ) |
| | ) |
| | ) |

### Order

AND NOW, this _____ day of _____, 2005 upon the herein Petition For Reconsideration of Attorney Alonzo Burney's "CJA 20 Appointment of and Authority To Pay Court Appointed Counsel",

It Is Hereby Ordered that said Request for Payment is GRANTED, and fee payment is authorized in the amount of _____.

 

                                                                 _____
                                                                 Gustave Diamond
                                                                 U.S. District Judge