Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Deanna Nicole Treece                           Docket No. 00-00215-008

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Deanna Nicole Treece, who was placed on supervision by the Honorable Gustave Diamond sitting in the Court at Pittsburgh, Pennsylvania, on the 21st day of November 2001, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Pay a $100 special assessment.
- Drug testing and treatment as directed.
- Mental health evaluation and treatment as directed.
- Abstain from alcohol consumption.

<u>11-21-2001</u>: Conspiracy to Import Into the United States in Excess of 5 Kilograms of Cocaine; 18 months' imprisonment, followed by 5 years' supervised release.

<u>04-08-2003</u>: Released to supervision; Currently supervised by U.S. Probation Officer Tracey Begonia.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that Ms. Treece has been charged with Driving Under the Influence, which remains pending in the Fayette County Court of Common Pleas. She also has recently pled guilty to Disorderly Conduct and Harassment for which she received fines and costs. Further, Ms. Treece has not submitted a monthly report since November 2006, and fails to notify the Probation Office of changes in employment. To address these violations, Ms. Treece agreed to modify her conditions of supervision to include home confinement with electronic monitoring, at the discretion of the Probation Office, through April 7, 2008. She has signed the attached Waiver of Hearing to Modify Conditions.

U.S.A. vs. Deanna Nicole Treece
Docket No. 00-00215-008
Page 2

**PRAYING THAT THE COURT WILL ORDER** that the supervised releasee be placed on home confinement through her scheduled case expiration date of April 7, 2008, to commence at the direction of the U.S. Probation Office. The use of electronic monitoring shall be at the discretion of the U.S. Probation Office.

|  |  |
|---|---|
| **ORDER OF COURT** | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered _____ day of _____ , ____ and ordered filed and a part of the records in the above case. | Executed on _____ |
| _____ Senior U.S. District Judge | *(signature)* Tracey Begonia U.S. Probation Officer |
|  | *(signature)* Roselyn Gerson Supervising U.S. Probation Officer |
|  | Place: Pittsburgh, PA |

PROB 49
(3/89)

# United States District Court

### Western District Of Pennsylvania

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Home confinement with electronic monitoring at the discretion of the probation office through scheduled case expiration date of April 7, 2008.

Witness: _____  Signed: _____
Tracey J Begonia                                          Deanna Nicole Treece
United States Probation Officer                  Probationer or Supervised Releasee

12/21/07
Date