Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Deanna Nicole Treece                                Docket No. 00-00215-008

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Deanna Nicole Treece, who was placed on supervision by the Honorable Gustave Diamond sitting in the Court at Pittsburgh, Pennsylvania, on the 21st day of November 2001, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Pay a $100 special assessment.
- Drug testing and treatment as directed.
- Mental health evaluation and treatment as directed.
- Abstain from alcohol consumption.

<u>11-21-2001</u>:   Conspiracy to Import Into the United States in Excess of 5 Kilograms of Cocaine; 18 months' imprisonment, followed by 5 years' supervised release.

<u>04-08-2003</u>:   Released to supervision; Currently supervised by U.S. Probation Officer Tracey Begonia.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that Ms. Treece has been charged with Driving Under the Influence, which remains pending in the Fayette County Court of Common Pleas. She also has recently pled guilty to Disorderly Conduct and Harassment for which she received fines and costs. Further, Ms. Treece has not submitted a monthly report since November 2006, and fails to notify the Probation Office of changes in employment. To address these violations, Ms. Treece agreed to modify her conditions of supervision to include home confinement with electronic monitoring, at the discretion of the Probation Office, through April 7, 2008. She has signed the attached Waiver of Hearing to Modify Conditions.

U.S.A. vs. Deanna Nicole Treece
Docket No. 00-00215-008
Page 2

**PRAYING THAT THE COURT WILL ORDER** that the supervised releasee be placed on home confinement through her scheduled case expiration date of April 7, 2008, to commence at the direction of the U.S. Probation Office. The use of electronic monitoring shall be at the discretion of the U.S. Probation Office.

ORDER OF COURT

Considered and ordered ___7/12___ day of
_January_, 2008 and ordered filed and
a part of the records in the above case.

_____
Senior U.S. District Judge

I declare under penalty of perjury that
the foregoing is true and correct.

Executed on _____

_____
Tracey Begonia
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place: Pittsburgh, PA